**CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**COLLEEN R. SMITH**, Deputy City Attorney - **SBN 209719**
Email: Colleen.Smith@lacity.org
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Phone No.: (213) 978-7027, Fax No.: (213) 978-8785

*Attorneys for Defendants* **OFFICER DAVID PHILLIPS, OFFICER JUAN PAZ AND CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUE NOEL, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Officer DAVID PHILLIPS, an individual; Officer JUAN PAZ, an individual; CITY OF LOS ANGELES, a public entity, and DOES 1 through 10m inclusive<br><br>Defendants. | CASE NO. **CV10-04044 JHN (AJWx)**<br>*Hon. Mag. Andrew J. Wistrich - Ctrm.690 Roybal*<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

IT IS SO ORDERED.  The Stipulation For Protective Order is hereby approved and shall govern the disclosure in this action of all "Confidential Information," as that term is described in the foregoing Stipulation.

DATED: January 26, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge