1

2

3
                                            JS - 6

4

5

6

7

8
**UNITED STATES DISTRICT COURT**

9
**CENTRAL DISTRICT OF CALIFORNIA**

10

11
JACQUE NOEL, and individual,      )  CASE NO. **CV10-04044 MWF (AJWx)**

12
                                )  *Hon.- Michael W. Fitzgerald - Ctrm. 1600*
                Plaintiff,     )  *Hon. Mag. Andrew J. Wistrich - Ctrm.690 Roybal*

13
                                )  **ORDER RE DISMISSAL**
     vs.                         )

14
                                )

15
Officer DAVID PHILLIPS, an individual; )
Officer JUAN PAZ, an individual; CITY )

16
OF LOS ANGELES, a public entity, and )
DOES 1 through 10m inclusive     )

17
                                )

18
                Defendants.    )

19
_____ )

20
      The parties having so stipulated and good cause appearing, it is hereby ordered,

21
decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

22

23

24
DATED: November 29, 2012         _____

25
                  HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

26

27

28